FILED
CLERK, U.S. DISTRICT COURT
10/01/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___iv___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN ANTHONY ALATORRE, <br> Defendant. | Case No. 2:23-CR-00043-MEMF <br><br> **ORDER OF DETENTION** <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

  On October 1, 2025, Defendant John Anthony Alatorre made his initial appearance on the petition for revocation of supervised release and warrant for arrest. Defendant submitted on the detention recommendation in the Pretrial Services Report.

  Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include leaving the district without permission and committing another crime, and Defendant has been noncompliant in taking his medication.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ see above.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 1, 2025

**PATRICIA DONAHUE**
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE